# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2024

*The Court of Appeals hereby passes the following order*

**A25D0129. GANESAN V. IYER v. MADHU IYER.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2021CV354541 2016CV354541 2022CV361049



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 09, 2024.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*